UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN DISTRICT
-------------------------------------------------------------------X   Index No.   07 CV 2853

VICTORIA GREEN,

                        Plaintiff(s)

Against

MERCK & CO., INC.,

                        Defendant(s)
-------------------------------------------------------------------X

Affidavit of Service of Summons and Complaint

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on April 20, 2007 at 10:09 AM at the address
    ONE MERCK DRIVE
    WHITEHOUSE STATION, NJ 08889

deponent served the within Summons and Complaint

UPON:  **MERCK & CO., INC.-**

By personally delivering a true copy of the Summons and Complaint to JOAN E. DEARBORN, managing agent thereof.

Deponent describes the person actually served as follows:
SEX:     FEMALE
SKIN:    White
HAIR:    Gray
AGE:     36-50
HEIGHT:  5'4"-5'8"
WEIGHT:  100-130
OTHER FEATURES: Glasses

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

ANGELO RODRIGUEZ
LICENSE NO.: 1000177

Sworn to before me this 26th day of April, 2007

REGENIA HYMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01HY6045811
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES: July 31, 2010