CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT to be served via first-class mail, postage prepaid, on the following:

LANIER LAW FIRM, PLLC
David Kuttles, Esq.
126 East 56th Street, 6th Floor
New York, NY 10022

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on May 10, 2007

                                                                /s/
                                              Sarah A. Binder